UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:

RISA LANETTE PITTMAN          CASE NO: 11-01073-MAM-13

DEBTOR(S)

TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST ELECTRONICALLY FILE YOUR WRITTEN OBJECTIONS STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOU OBJECTION IS BASED AND SERVE A COPY ON THE MOVANT JOHN C. MCALEER III, POST OFFICE BOX 1884, MOBILE, AL 36633.

IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

COMES NOW, John C. McAleer III, Standing Chapter 13 Trustee for the Southern District of Alabama ("Trustee"), and hereby objects to the claim of exemption by the Debtor based on the following:

1. This Court has jurisdiction to consider this objection pursuant to 28 U.S.C. §157 and 1334 and the District Courts Order of Reference.

2. Specifically, this objection is maintained pursuant to 11 U.S.C. §522, 541, 1306 and 1325, as well ad Fed.R.Bankr.P. 4003(b) and (c).

3. The property claimed as exempt by the Debtor(s) exceeds statutory limits.

4. Additionally listed in the amended bankruptcy schedules for the Debtor(s) is property described as: *POST-PETITION LAWSUIT VS BOYD GAMING CORPORATION (REPRESENTED BY MATTHEW RICHARDSON.)*

5. This objection seeks to limit any claim of exemption in the property described above to the amount stated in the Debtor(s) amended schedules. In no circumstances shall such amount exceed the amount allowed under applicable State and Federal Law. All amounts over the stated and/or statutory limits shall be deemed property of the Estate as contemplated by 11 U.S.C. §541.

WHEREFORE, based on the foregoing, the Trustee requests (1) that any claim of exemption in the property described above be limited to the amount stated in the Debtor(s) amended schedules and/or (2) that such amounts shall not exceed the amount allowed under applicable State and Federal Law and/or (3) that any amount over the statutory limits be deemed non-exempt property of the Estate and shall be made available to the Trustee for appropriate distribution; and (4) for all other relief as is just and appropriate.

Date: June 21, 2012

/s/ JOHN C. MCALEER, III
JOHN C. MCALEER, III,
CHAPTER 13 TRUSTEE
POST OFFICE BOX 1884
MOBILE, ALABAMA 36633
(251)438-4615

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2012 I have served as copy of the foregoing pleading on the following, either electronically, or by placing same in the U.S. Mail, postage fully prepaid and properly addressed:

Risa Pittman
James E. Loris, Jr.

/s/ JOHN C. MCALEER, III
JOHN C. MCALEER, III,
CHAPTER 13 TRUSTEE