UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                                                                CASE NO: 11-01073-MAM
     RISA LANETTE PITTMAN

          DEBTOR(S)                                           CHAPTER 13

## ORDER

This matter came before the court on the Trustee's Objection to Claim of Exemptions ("the Objection").

This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. 157 and 1334 and the District Court's Order of Reference. This Court has the authority to enter a final order. Venue is proper. Proper notice was given. Based on the Court's file, the current posture of this case, the arguments presented, applicable law, and the fact that no response to the Objection was filed by any interested party.

IT IS ORDERED that the Objection is SUSTAINED.

IT IS FURTHER ORDERED, that any claim of exemption is limited to the amount stated in the Debtor(s) schedules. That any amount over the statutory limit is deemed non-exempt property of the Estate and the value of such non-exempt property shall be paid to the Trustee for distribution to the Creditors.

Dated:   July 13, 2012

                                             /s/ Margaret A. Mahoney
                                             MARGARET A. MAHONEY
                                             CHIEF U.S. BANKRUPTCY JUDGE